In the Matter of the Conditional Sale Contract Signed by WEISBERG GOLDMAN CORPORATION in Favor of AMERICAN STOVE COMPANY as Conditional Vendor Affecting Fixtures Physically Installed in Real Property Now Owned by EAST CEDAR BUILDING CO., INC., Owner. AMERICAN STOVE COMPANY, Appellant; WEISBERG GOLDMAN CORPORATION and EAST CEDAR BUILDING CO., INC., Respondents.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

HANS JACOBSEN, Respondent, v. THE BABCOCK & WILCOX COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

FANNIE JOHNSON, Appellant, v. RICHARD GRUBE, Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

GERTRUDE VIRGINIA TRUMPLETTE MATTESON, as Executrix, etc., of GERTRUDE A. TRUMPLETTE, Deceased, Respondent, v. NATHAN FELD, Respondent, and WALLACE G. MATTESON, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

MONOGRAM DEVELOPMENT CO., INC., Respondent, v. NATBEN CONSTRUCTION CO., INC., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

JOSEPH B. PRICE, Respondent, v. MAX SPATZ, Appellant, and Another, Defendant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

LUIGIA PUNTELLI and ALPHONSINA FUCIGNA, Respondents, v. GEORGE H. STARKIE, Appellant, and FREDERICK W. RITTER, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD T. MINOR, Appellant, v. HENRY L. CONNELL and Others, Constituting the Board of Standards and Appeals of the City of New York, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

IRENE J. ROBERTS, Respondent, v. ARTHUR HARDONCOURT, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

LOUIS RUBIN, Respondent, v. EQUITABLE CASUALTY AND SURETY COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.